# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146306

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

               SC:  146306
               COA:  310546
               Macomb CC:  2007-005808-FC

JOHN BOMAR,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the November 2, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

s0520